IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GEORGE YARID,**

    **Plaintiff,**

v.                                                                 **Civil Action No. 3:15cv326**

**SHON BRENNON,**

    **Defendant.**

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court GRANTS Yarid's Motion for Reconsideration (ECF No. 7); VACATES its June 29, 2015 Memorandum Opinion and Order (ECF Nos. 5, 6); and, REOPENS Civil Action No. 3:15cv326.

The Court GRANTS Yarid leave to file an amended complaint. Should Yarid desire to file an amended complaint, he is ORDERED to do so within fourteen (14) days of the date of entry hereof. Should Yarid choose to file an amended complaint, the Court DIRECTS Yarid to file the amended complaint in conformance with the following directions and in the order set forth below:

The amended complaint SHALL COMPLY with the following directions:

    a.    At the very top of the amended pleading, Yarid must place the following caption in all capital letters: "AMENDED COMPLAINT FOR CIVIL ACTION NUMBER 3:15cv326."

    b.    The first paragraph of the amended complaint must contain a list of defendants. Thereafter, in the body of the amended complaint, Yarid must set forth legibly, in separately numbered paragraphs, a short statement of the facts giving rise to his claims for relief. Thereafter, in separately captioned sections, Yarid must clearly identify each federal or state law allegedly violated. Under each section, Yarid must list each defendant purportedly liable under that legal theory and explain why he believes each defendant is liable to him. Such explanation should reference the

        specific numbered factual paragraphs in the body of the amended complaint that support that assertion. Yard shall also include a prayer for relief.

c.    The amended complaint must stand or fall of its own accord. Yard may not reference statements in the prior complaint.

d.    The amended complaint must omit any unnecessary incorporation of factual allegations for particular claims and any claim against any defendant that is not well-grounded in the law and fact. *See Sewraz v. Guice*, No. 3:08cv035, 2008 WL 3926443, at *2 (E.D. Va. Aug. 26, 2008).

Failure to comply strictly with the requirements ordered by the Court will result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).[5]

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to Yard and any counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: July 10, 2015

---

[5] The rule states, in pertinent part: "**(b) Involuntary Dismissal; Effect.** If the plaintiff fails . . . to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

2