United States District Court
Eastern Division of Virginia

George YARIP
  Plaintiff

3:15 cv 326

Versus

SHON Brennan
  Defendant



FILED AUG 18 2015 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Motion for Reconsideration

I found myself again frustrated with this whole process. I was one day late on the previous filing. Though within the twenty four hours cited my case. I feel with due respect that I have followed procedure and request the courts to try this case on it merrit and legitmacy.

I ask for the case to be tried and gone through with. The defendant continue's too steal my material and ruling under copyright law states my ownership of the material. I have requested the law library of Congress for a copy of my certification. Under the circumstances this case should be tried and heard for its merrit.

I request the courts for a reconsideration and hearing of there said case 3:15 cv 326. Like I previously stated the original document didn't come in the mail until the 13th day of the 14 days given.

No matter what the defendant had stated, there was no knowledge of the previous ruling in this matter and was received until the 13th day. I've been trying to obtain attorney as well in the effects to fight the matter at hand. I feel I have abided by everything that has been asked of me for this case to be heard in its ~~entirely~~ proper way. I own this material and haven't given the defendant any authorization to critique or reproduce or edit in any fashion. Nor to use for his usage as is as well. In other words no permission was given. I will hope for the courts to be open and ready to hear this case for previous reasons given. I will thank the courts in advance for their cooperation in this matter.

Respectfully yours

*George Yared*

George Yared    8/18/15

PAge 3

On the document I submitted on July 27th to reinterate. Copyright law versus Fair Use. Fair Use is only for News worthy events and for News worthy critiques such current events and NATIONAL News features. It's purpose is not to harass, cause malice or defame in its usage. Copyright law trumps anything else or any other use of the material. I'm resubmitting this again for the courts to review.

Again I will thank the courts in Advance for their cooperation in this matter.

Respectfully Yours

*George Yaniel*

George YARTO      8/18/15