IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE YARID,

    Plaintiff,

v.                                      Civil Action No. 3:15cv326

SHON BRENNAN,

    Defendant.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, the Court DENIES Yarid's Motion for Reconsideration. (ECF No. 14.)

Should Plaintiff desire to appeal, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof. Failure to file an appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to Yarid and any counsel of record.

It is so ORDERED.

                                                      /s/
                                         M. Hannah Mauck
                                         United States District Judge

Richmond, Virginia
Date: 9-3-15